SAVINGS INVESTMENT AND TRUST COMPANY, as Substituted Trustee under a Trust Mortgage, Appellant, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND et al., Respondents, Impleaded with Another.

(Argued March 7, 1933; decided April 11, 1933.)

*John Godfrey Saxe, Henry C. Burnstine* and *John H. Johnson* for appellant.

*Joseph F. Murray, Thomas E. White* and *Wallace P. Harvey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.